USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEIJING CRS METALLURGICAL MACHINERY CO. LTD,

                Petitioner,

        -v-

ORIENT COMMERCIAL JOINT STOCK BANK,

                Respondent.
------------------------------------------------------------------X

25-cv-5617 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 8, 2025, Petitioner filed the instant petition seeking confirmation of an arbitration award, along with supporting materials. Dkt. No. 1.

Respondent's opposition, if any, shall be filed by September 8, 2025. Petitioner's reply, if any, is due by September 15, 2025.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of the Petition and this Order on Respondent.

SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge