```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BEIJING CRS METALLURGICAL MACHINERY CO.                            :
LTD,                                                               :
                                                                   :
                              Plaintiff,                           :    25-cv-5617 (LJL)
                                                                   :
        -v-                                                        :    ORDER
                                                                   :
ORIENT COMMERCIAL JOINT STOCK BANK,                                :
                                                                   :
                              Defendant.                           :
                                                                   X
-----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2025

LEWIS J. LIMAN, United States District Judge:

On August 7, 2025, the Court directed Respondent to file its opposition to the petition to confirm no later than September 8, 2025. Dkt. No. 5. Respondent filed a document on that date, thereby apparently appearing in this case. However, there is no indication that it was filed by counsel admitted to the bar of this Court. Respondent is advised that a corporation may be heard in this court only through counsel admitted to the bar of this Court (or admitted pro hac vice). *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *Chao v. Russell P. Le Frois Builder, Inc.*, 291 F.3d 219, 225 n.7 (2d Cir. 2002).

Petitioner shall serve a copy of this Order on Respondent and shall file proof of service on the docket. The time for Respondent to respond is extended *nunc pro tunc* to October 6, 2025.

        SO ORDERED.

Dated: September 16, 2025                 _____
       New York, New York                          LEWIS J. LIMAN
                                                United States District Judge