**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BEIJING CRS METALLURGICAL MACHINERY
CO., LTD,

|  |  |
|---|---|
| Petitioner, | 25 **CIVIL** 5617 (LJL) |
| -against- | **JUDGMENT** |
| ORIENT COMMERCIAL JOINT STOCK BANK, | |
| Respondent. | |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 7, 2026, the petition to confirm the

arbitration award is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
        January 8, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:       _K. Mango_
_____
**Deputy Clerk**