**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEIJING CRS METALLURGICAL MACHINERY CO., LTD<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ORIENT COMMERCIAL JOINT STOCK BANK,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-05617 |

## ORDER STAYING ENFORCEMENT OF JUDGMENT AND APPROVING SUPERSEDEAS BOND

Upon consideration of the Motion to Stay Enforcement of Judgment and Approve Supersedeas Bond ("Motion") filed by Defendant Orient Commercial Joint Stock Bank, the Court, being duly advised in the premises, and upon good cause shown, hereby finds said Motion should be, and hereby is, GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this matter is hereby stayed, pursuant to Fed. R. Civ. P. 62(b), effective immediately. Such stay shall remain in effect pending further order of this Court.

It is further ORDERED that the supersedeas bond tendered with the Motion, in the amount of $4 million (Four Million Dollars) is approved; and

It is further ORDERED that the United States District Court Clerk shall place the original copy of the tendered supersedeas bond in its safe until further order of this Court.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date: February 9, 2026